FILED
FEB 2 8 2013
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE <<ACTUAL_DISTRICT>>

IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICES

MISC. NO. 13-179

Filed Under Seal

ORDER

Mona N. Sahaf, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order pursuant to 18 U.S.C. § 3123, authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the Yahoo! Incorporated email account [REDACTED]

The Court finds that the applicant is an attorney for the government and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation in connection with possible violations of 18 U.S.C. § 793.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that pen-trap devices may be installed and used to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the Yahoo! Incorporated email account [REDACTED] including the date, time, and duration of the communication, and the following, without geographic limit:

- IP addresses, including IP addresses associated with access to the account

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Michael Darby 3/1/13
Deputy Clerk

- Headers of email messages, including the source and destination network addresses, as well as the routes of transmission and size of the messages, but not content located in headers, such as subject lines
- the number and size of any attachments
- MAC addresses
- Port numbers
- Packet headers
- Source and destination email addresses
- "Post-cut-through dialed digits," which are digits dialed after the initial call set up is completed, subject to the limitations of 18 U.S.C. § 3121(c) <<PCDD>>

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that Yahoo! Incorporated and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the Federal Bureau of Investigation ("FBI") reasonably compensate Yahoo! Incorporated and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

28.   IT IS FURTHER ORDERED that Yahoo Incorporated and any other person or entity whose assistance may facilitate execution of this Order notify the FBI of any

changes relating to the Yahoo! Incorporated email account pedodave69@yahoo.com, including changes to subscriber information, and to provide prior notice to the FBI before terminating service to the email account;

IT IS FURTHER ORDERED that the FBI and the applicant AUSA Mona N. Sahaf have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the FBI, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that Yahoo! Incorporated and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen-trap devices, or the investigation to any person, except as necessary to effectuate this Order, unless and until otherwise ordered by the Court;

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three certified copies of this application and Order, and shall provide copies of this Order to the FBI and Yahoo! Incorporated upon request;

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

February 28, 2013
Date

ALAN KAY
United States Magistrate Judge